In the Matter of HICKS DEVELOPMENT CORPORATION, Appellant, against INCORPORATED VILLAGE OF LAWRENCE et al., Respondents.

Argued March 11, 1954; decided April 15, 1954.

*Jacob K. Kavits, Selig J. Levitan, Harold Held* and *Robert Zuckerman* for appellant.

*Edward S. Bentley* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.